IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ARTHUR T. GRIFFIN JR., | |
| Petitioner, | 8:23CV369 |
| vs. | |
| MICHEAL MEYERS, | MEMORANDUM AND ORDER |
| Respondent. | |

This matter is before the Court on its own motion. On August 21, 2023, the Clerk of the Court sent a notice acknowledging receipt of Petitioner's Petition (the "Notice"), Filing No. 2, to the Douglas County Department of Corrections, where Petitioner indicated he was confined. Filing No. 1 at 1. The Notice was returned to this Court as undeliverable on September 11, 2023. Filing No. 3. The Notice was resent on September 11, 2023, to Petitioner's other "mailing address" listed in his Petition—1117 North 17th Street, Omaha, NE 68102, Filing No. 1 at 15, and again returned as undeliverable on October 10, 2023. Filing No. 4.

Petitioner has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this Court if Petitioner's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Petitioner must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Petitioner.

2. The Clerk of the Court is directed to send a copy of this Memorandum and Order to Petitioner's address listed on the last page of the Petition, Filing No. 1 at 15.

3. The Clerk of the Court is further directed to set a pro se case management deadline in this case using the following text: **November 13, 2023**: check for Petitioner's updated address.

Dated this 12th day of October, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court